USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/30/11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

BRANDON COLE,

                Plaintiff,

    -against-

PEARSON EDUCATION, INC.,

                Defendant.

-----------------------------------------------------------X

10 **CIVIL** 7523 (JFK)(RLE)

**JUDGMENT**

Pearson having moved to dismiss Cole's complaint pursuant to Fed. R. Civ. P. 12(b)(6), and the matter having come before the Honorable John F. Keenan, United States District Judge, and the Court, on September 28, 2011, having rendered its Opinion and Order granting Pearson's motion to dismiss and dismissing Cole's complaint without prejudice, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 28, 2011, Pearson's motion to dismiss is granted and Cole's complaint is dismissed without prejudice; accordingly, the case is closed.

**Dated:** New York, New York
        September 30, 2011

                              **RUBY J. KRAJICK**
                              Clerk of Court

            BY: _____
                              Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____